MOED-0001   DISCLOSURE STATEMENT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Miquel Ochoa-Cornman, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>Henkel Corporation and Does 1 through 10,<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)  Case No. 4:23-cv-1439<br>)<br>)<br>)<br>)<br>) |

### DISCLOSURE STATEMENT

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for <u>Henkel Corporation</u> hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

a. Whether it is publicly traded, and if it is, on which exchange(s):
   N/A

b. Its parent companies or corporations (if none, state "none"):
   Henkel Corporation is a wholly-owned subsidiary of Henkel Consumer Goods Inc., which is a wholly-owned subsidiary of Henkel US Operations Corporation, which is a subsidiary of Henkel of America, Inc., which is a subsidiary of Henkel of America I LLC, which is a wholly-owned subsidiary of Henkel AG & Co. KGaA.

c. Its subsidiaries not wholly owned by the subject (if none, state "none"):
   None.

d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):
   Henkel AG & Co. KGaA

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

   Henkel Corporation is a Delaware corporation with its principal place of business in Connecticut.

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure.  Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001            DISCLOSURE STATEMENT

     By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

    /s/ Michael L. Jente
Signature (Counsel for Plaintiff/Defendant)
Print Name: Michael L. Jente
Address: 600 Washington Ave. Ste.2500
City/State/Zip: St. Louis, MO 63101
Phone: (314) 444-7683

Certificate of Service

     I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on: November 10, 20 23.

    /s/ Michael L. Jente
Signature